No. 88–1430. UNION ASPHALTS & ROADOILS, INC., ET AL. *v.* MO-KAN TEAMSTERS PENSION FUND ET AL. C. A. 8th Cir. Certiorari denied.

No. 88–1436. FINCHER *v.* FINKBOHNER. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 88–1440. GAJKOWSKI ET AL. *v.* HIGHWAY TRUCK DRIVERS & HELPERS LOCAL UNION NO. 107. Sup. Ct. Pa. Certiorari denied.

No. 88–1448. SALIM *v.* DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 88–1452. STICH *v.* UNITED STATES BANKRUPTCY COURT ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–1453. JOHN E. GRAHAM & SONS ET AL. *v.* LANDRY ET UX. Ct. App. La., 1st Cir. Certiorari denied.

No. 88–1459. DAIGLE *v.* GULF STATES UTILITY CO. C. A. 5th Cir. Certiorari denied.

No. 88–1473. BOWLINE CONSTRUCTION CO. ET AL. *v.* CAPCO PIPE CO., INC. Ct. App. Okla. Certiorari denied.

No. 88–1499. JOHNSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–1502. ENOCHS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–1509. PATTON *v.* UNITED STATES RAILROAD RETIRE-MENT BOARD. C. A. 4th Cir. Certiorari denied.

No. 88–1511. RUNNELS, AKA DAVIS, ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 88–1516. MONTEMARANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1538. BRENNAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 88–1540. RHONE *v.* FRANK, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.